# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 1562

VERSUS

CODY DANTIN

**FEBRUARY 25, 2022**

---

In Re:    Cody Dantin, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 574960.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

> **VGW**
> **AHP**
> **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT